UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:	CHAPTER 11

**CHICK LUMBER, INC.**	Case No. 19-11252-BAH

    Debtor

**FINAL ORDER ON
DEBTOR'S MOTION FOR ENTRY OF ORDER DEEMING UTILITY COMPANIES
ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND ESTABLISHING
PROCEDURE FOR DETERMINING ADEQUATE ASSURANCES
PURSUANT TO 11 U.S.C. 366**

    Upon the Debtor's Motion for Entry of Order Deeming Utility Companies Adequately Assured of Future Performance and Establishing Procedure for Determining Adequate Assurances Pursuant to 11 U.S.C. 366 (the "Motion") and having considered the Motion and the Objection(s), if any, heard the parties who appeared at the hearing, if applicable, considered the evidence presented and arguments made during the hearing on the Motion and Objection(s), if applicable, and given this matter due deliberation and found therefrom good cause for granting the relief requested in the Motion; it is hereby found and ordered that:

    **1.**    Except as otherwise defined herein, all words, terms and phrases defined in the Motion shall have and be given the same meaning when used herein, including Cash Deposit, Utility Company and Utility Service.

    **2.**    The Debtor shall pay on a timely basis all undisputed, post-petition invoices for utility services rendered by any Utility Company.

    **3.**    Pending the further orders of this Court, the Utility Companies may not discontinue, alter, terminate or refuse service on account of unpaid pre-petition charges, or discriminating against the Debtor, or require the payment of a deposit or receipt of other security

in connection with any unpaid prepetition charges for utility services furnished to the Debtor as long as the Debtor complies with the provisions of this Order.

    **4.**    The Debtor shall be, and hereby is authorized and empowered to take all actions necessary to implement this Order.

    **5.**    This Order shall become effective on the date hereof.

DATED: October 22, 2019

/s/ Bruce A. Harwood

Bruce A. Harwood
Chief U.S. Bankruptcy Judge